**ORDERED.**

UST-27C 6/00

Beth Lang, Chapter 7 Trustee
1955 W. Grant Rd. #125
Tucson, AZ 85745

**Dated: October 11, 2010**



_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**
_____

## UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF ARIZONA - TUCSON DIVISION

| In Re: | CHAPTER 7 -- Liquidation |
|---|---|
| BLOMQUIST, ROBERT C<br>BLOMQUIST, CATHERINE A<br>360, COCHISE<br>Debtor(s) | CASE NO. 08-09508-SV EWH<br><br>JUDGE HON EILEEN W HOLLOWELL |

### ORDER APPROVING PAYMENT OF ADMINISTRATIVE FEES AND EXPENSES

<u>Beth Lang</u>, herein having filed the Trustee's Final Report and Application for Compensation and Reimbursement of Expenses and, if required, due notice thereof having been given:

IT IS ORDERED that the following fees and expenses are approved and shall be paid by the trustee in the following amounts:

| | |
|---|---|
| Trustee Fees | $ 1,893.85 |
| Trustee Expenses | $ 115.68 |
| **TOTAL:** | **$ 2,009.53** |

SIGNED AND DATED ABOVE.